Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
**DONIGER / BURROUGHS APC**
300 Corporate Pointe, Suite 355
Culver City, California 90230
Telephone: (310) 590-1820
Facsimile: (310) 417-3538

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAR FABRICS, INC., a California Corporation,<br><br>Plaintiff,<br>v.<br><br>RAINBOW USA, INC., a New York Corporation; SKIVA INT'L, INC., a New York Corporation; ROSS STORES, INC., a Delaware Corporation; RUE 21, INC., a Delaware Corporation; EXIST, INC. a Florida Corporation; PK&J CO., INC. d/b/a PRETTY GOOD, a California Corporation; PAUL U. KYE, an individual; PG WEAR CORP., a California Corporation; and DOES 1 through 10,<br><br>Defendants. | Case No.: CV12-03731 JCG<br>*Honorable Jay C. Gandhi Presiding*<br><br>**[PROPOSED] ORDER ON STIPULATION TO DISMISS ACTION WITH PREJUDICE** |

- 1 -

**[PROPOSED] ORDER:**

Having reviewed the parties' stipulation to dismiss this action and finding good cause thereon,

IT IS HEREBY ORDERED that this action be dismissed in its entirety with prejudice and with each party to bear its own costs and attorneys' fees.

IT IS FURTHER ORDERED that this Court will retain jurisdiction to enforce the settlement agreement that precipitated this dismissal

SO ORDERED.

Dated: August 15, 2013   _____
Honorable Jay C. Gandhi
U.S. District Court Magistrate Judge